July 03, 2009

Mr. Ben L. Aderholt
Looper Reed & McGraw, P.C.
1300 Post Oak Blvd, Suite 2000
Houston, TX 77056
Mr. William Kimball
Law Offices of William F. Kimball
312 East Van Buren Street
Harlingen, TX 78550

RE: Case Number: 08-0272
 Court of Appeals Number: 13-06-00368-CV
 Trial Court Number: C-1404-03-I

Style: DEALERS ELECTRICAL SUPPLY CO.
 v.
 SCOGGINS CONSTRUCTION COMPANY, INC. AND BILL R. SCOGGINS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and judgment in the
above-referenced cause. The judgment is enclosed. You may obtain a copy
of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like an opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure: Judgment
|cc:|Ms. Laura Hinojosa |
| |Ms. Dorian E. Ramirez |
| |Mr. J. Brett Busby |
| |Ms. Lisa Childress |
| |Mr. Kelly Kunka |
| |Mr. Frank Delgado |
| |Mr. JV Lattimore III |
| |Ms. Janis Rowe |
| |Mr. John D. Herberger |
| |Ms. Misti Lachelle |
| |Beanland |
| |Mr. William R |
| |Allensworth |